No. 79–51. DiLapi et al. v. Irving, General Counsel, National Labor Relations Board. C. A. 2d Cir. Certiorari denied. 

No. 79–52. Naifeh v. United States; and
No. 79–53. Abraham v. United States. C. A. 10th Cir. Certiorari denied.

No. 79–56. Nara v. Michigan State Board of Dentistry. Sup. Ct. Mich. Certiorari denied.

No. 79–58. Gillen v. United States. C. A. 3d Cir. Certiorari denied. 

No. 79–59. Illinois v. United States et al. C. A. 7th Cir. Certiorari denied. 

No. 79–60. Hayes v. United States. C. A. 5th Cir. Certiorari denied. 

No. 79–61. Town of Mashpee et al. v. Mashpee Tribe; and
No. 79–62. Mashpee Tribe v. New Seabury Corp. et al. C. A. 1st Cir. Certiorari denied. Reported below: 592 F. 2d 575.

No. 79–65. Gard v. United States. C. A. 9th Cir. Certiorari denied. 

No. 79–70. Dragos v. United States. C. A. 3d Cir. Certiorari denied. 

No. 79–71. Boutureira et al. v. New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. 

No. 79–72. Brown v. United States. C. A. 2d Cir. Certiorari denied.

No. 79–74. Stevers v. Ohio. Ct. App. Ohio, Cuyahoga County. Certiorari denied.